**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Bryan E. Zebroski and Melissa S. Zebroski | CHAPTER 13 |
| Debtor(s) | BKY. NO. 15-21567 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1495

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant