Case 15-21567-GLT    Doc 60    Filed 01/25/17    Entered 01/26/17 01:00:48    Desc Imaged
                        Certificate of Notice    Page 1 of 3

FILED
1/23/17 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
Bryan E. Zebroski                : Case No. 15-21567-GLT
Melissa S. Zebroski              :
                                 :
              Debtors            : Chapter 13
                                 : Related to Document # 50 & 57

**CONSENT ORDER MODIFYING PLAN CONFIRMATION ORDER**

NOW, this __23rd Day of January,__ 2017, upon an agreement reached between the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, it is

ORDERED that the August 12, 2016 order confirming the debtor's chapter 13 plan is amended to show the date of the confirmed plan as June 27, 2016 (Document #42), instead of May 26, 2016. The confirmation order dated August 12, 2016 remains in full force and effect with the only change being the date of the confirmed plan.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Jana S. Pail
Jana S. Pail – PA. I.D. #88910
Attorney for the Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Alan R. Patterson, III
Alan R. Patterson, III, PA I.D. #79798
Attorney for the debtors
428 Forbes Avenue
Suite 103
Pittsburgh PA 15219
412-281-2928
apattersonlaw@gmail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-21567-GLT
Bryan E. Zebroski                                                               Chapter 13
Melissa S. Zebroski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                    Page 1 of 1              Date Rcvd: Jan 23, 2017
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
db/jdb         +Bryan E. Zebroski,    Melissa S. Zebroski,    264 Burch Drive,    Moon Township, PA 15108-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
          Alan R. Patterson, III    on behalf of Debtor Bryan E. Zebroski apattersonlaw@gmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alan R. Patterson, III    on behalf of Joint Debtor Melissa S. Zebroski apattersonlaw@gmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt     on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    The Huntington National Bank kebeck@weltman.com,
           jbluemle@weltman.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8