Case 15-21567-GLT    Doc 62    Filed 01/28/17    Entered 01/29/17 00:52:52    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
1/26/17 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 15-21567-GLT |
| ) | |
| Bryan E. Zebroski and Melissa S. Zebroski, ) | Chapter No. 13 |
| a.k.a. Melissa S. Mustari ) | |
| Debtors, ) | **Related to Docket No. 59** |
| ) | |
| Ronda J. Winnecour, Trustee, and ) | |
| Bryan E. Zebroski, ) | |
| Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| Insight Construction Services, Inc., ) | |
| Respondent. ) | |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above named Debtor having filed a Chapter 13 petition and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED, that until further order of this Court, the entity from which the Debtor receives income:     Insight Construction Services, Inc.
1500 Ellsworth Ave, Suite 200
Carnegie, PA 15106

shall deduct from the income of Bryan E. Zebroski, SS# XXX-XX-3082, the sum of $810.00, bi-weekly, beginning on the next payday following receipt of this Order and shall deduct a similar amount each pay period thereafter, including any pay period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. Box 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ATTACHMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supercedes previous orders made to the above- named entity in this case. IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment amended order, except as may be allowed upon application to and order of this Court.

DATED this 26th Day of January, 2017

GREGGORY ADDONIO     drb
UNITED STATES BANKRUPTCY JUDGE

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CA to Serve:
Debtor, Counsel
for Debtor and
Chapter 13
Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 15-21567-GLT
Bryan E. Zebroski                                                                   Chapter 13
Melissa S. Zebroski
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy                Page 1 of 1              Date Rcvd: Jan 26, 2017
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db/jdb         +Bryan E. Zebroski,   Melissa S. Zebroski,   264 Burch Drive,   Moon Township, PA 15108-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
          Alan R. Patterson, III    on behalf of Debtor Bryan E. Zebroski apattersonlaw@gmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alan R. Patterson, III    on behalf of Joint Debtor Melissa S. Zebroski apattersonlaw@gmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Andrew F Gornall    on behalf of Creditor   JPMorgan Chase Bank, National Association
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   The Huntington National Bank kebeck@weltman.com,
           jbluemle@weltman.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8