IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21567-GLT |
| | ) | |
| Bryan E. Zebroski and | ) | Chapter No. 13 |
| Melissa S. Zebroski, a/k/a | ) | |
| Melissa Mustari | ) | Document No. |
| Debtors, | ) | |
| | ) | Related to Document No. 68 |
| Bryan E. Zebroski and | ) | |
| Melissa S. Zebroski, a/k/a | ) | Hearing Date & Time: September 12, 2018 |
| Melissa Mustari | ) | @ 10:30 am |
| Movants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Rhonda J. Winnecour, Trustee, | ) | |
| Respondent. | ) | |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOVANTS' MOTION FOR APPROVAL OF POST-PETITION FINANCING FOR A
VEHICLE LOAN

TO THE RESPONDENT:

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **August 21, 2018**, i.e, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **September 12, 2018 at 10:30 a.m.** before Chief Judge Jeffery A. Deller in Courtroom "A", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If

there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: August 3, 2018           /s/ Alan R. Patterson, III
                                                          Alan R. Patterson, III, Esq.
                                                          Gross & Patterson, LLC
                                                          707 Grant Street, Suite 2340
                                                          Pittsburgh, PA 15219
                                                          (412) 281-2928
                                                          79798 - PA ID No.
                                                          apattersonlaw@protonmail.com