IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21567-GLT |
| | ) | |
| Bryan E. Zebroski and | ) | Chapter No. 13 |
| Melissa S. Zebroski, a/k/a | ) | |
| Melissa Mustari | ) | Document No. |
| Debtors, | ) | |
| | ) | Related to Document No. 72-68 |
| Bryan E. Zebroski and | ) | |
| Melissa S. Zebroski, a/k/a | ) | Hearing Date & Time: September 12, 2018 |
| Melissa Mustari | ) | @ 10:30 am |
| Movants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Rhonda J. Winnecour, Trustee, | ) | |
| Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Post-Petition Financing for a Vehicle Loan (Doc 68) and Notice of Hearing with Response Deadline on Movant's Motion for Approval of Post-Petition Financing for a Vehicle Loan (Doc 72) has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Approval of Post-Petition Financing for a Vehicle Loan (Doc 68) and Notice of Hearing with Response Deadline on Movant's Motion for Approval of Post-Petition Financing for a Vehicle Loan (Doc 72) appears thereon. Responses were to be filed and served no later than August 21, 2018.

It is hereby respectfully requested that the Order attached to the Motion (Doc 80) be entered by the Court.

Date of service: August 22, 2018         /s/ Alan R. Patterson, III
                                          Alan R. Patterson, III, Esq.
                                          Gross & Patterson, LLC
                                          707 Grant Street, Suite 2340
                                          Pittsburgh, PA 15219
                                          (412) 281-2928
                                          79798 - PA ID No.
                                          apattersonlaw@protonmail.com