FILED
8/22/18 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br><br>Bryan E. Zebroski and )<br>Melissa S. Zebroski, a/k/a )<br>Melissa Mustari )<br><br>Debtors, )<br><br>Bryan E. Zebroski and )<br>Melissa S. Zebroski, a/k/a )<br>Melissa Mustari )<br><br>Movants, )<br><br>vs. )<br><br>Rhonda J. Winnecour, Trustee, )<br><br>Respondent. ) | Bankruptcy No. 15-21567-GLT<br><br>Chapter No. 13<br><br>Related to Docket No. 68 |

### ORDER

AND NOW, to wit this _22nd Day of August_ _ of 2018, it is hereby ORDERED that the Movants/Debtors are permitted to obtain an automobile loan for the purchase of a used vehicle not in excess of $ _25,000.00_____ in which monthly payments do not exceed $_425.00_____ per month to be paid through their Chapter 13 plan. Debtors shall file an amended Chapter 13 plan within ten (10) days of purchase.

Dated: _August 22, 2018_

GREGORY L. TADDONIO dfb
UNITED STATES BANKRUPTCY JUDGE

### ENTERED BY DEFAULT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                      Case No. 15-21567-GLT
Bryan E. Zebroski                                           Chapter 13
Melissa S. Zebroski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut          Page 1 of 1          Date Rcvd: Aug 22, 2018
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
db/jdb        +Bryan E. Zebroski,   Melissa S. Zebroski,   264 Burch Drive,   Moon Township, PA 15108-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018

                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
          Alan R. Patterson, III   on behalf of Debtor Bryan E. Zebroski apattersonlaw@protonmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Alan R. Patterson, III   on behalf of Joint Debtor Melissa S. Zebroski
           apattersonlaw@protonmail.com,
           andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
          Andrew F Gornall   on behalf of Creditor   JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          James Warmbrodt   on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          James P. Valecko   on behalf of Creditor   The Huntington National Bank jvalecko@weltman.com,
           PitEcf@weltman.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acar@bernsteinlaw.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 8