IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21567-GLT |
| | ) | |
| Bryan E. Zebroski and | ) | Chapter No. 13 |
| Melissa S. Zebroski, a/k/a | ) | |
| Melissa Mustari | ) | Related to Document No. 76 |
| | ) | |
| Debtors, | ) | Document No. |
| | ) | |
| JP Morgan Chase Bank, | ) | |
| National Association | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Hearing Date & Time: December 5, 2018 |
| vs. | ) | @ 10:00 a.m. |
| Bryan E. Zebroski and | ) | |
| Melissa S. Zebroski, a/k/a | ) | |
| Melissa Mustari | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING OBJECTION TO
MOVANT'S NOTICE OF MORTGAGE PAYMENT CHANGE

TO THE MOVANT:

You are hereby notified that the above Debtors/Respondents seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Debtors a response to the Objection no later than **November 26, 2018**, i.e, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or the hearing will go forward as scheduled.

You should take this to your lawyer at once.

      A hearing will be held on **December 5, 2018 at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom "A", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| Date of service: November 8, 2018 | /s/ Alan R. Patterson, III |
| | Alan R. Patterson, III, Esq. |
| | Gross & Patterson, LLC |
| | 707 Grant Street, Suite 2340 |
| | Pittsburgh, PA 15219 |
| | (412) 281-2928 |
| | 79798 - PA ID No. |
| | apattersonlaw@protonmail.com |