Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bryan E. Zebroski
Melissa S. Zebroski
aka Melissa Mustari**
Debtor(s)

Bankruptcy Case No.: 15–21567–GLT
Issued Per 2/28/2019 Proceeding
Chapter: 13
Docket No.: 98 – 86
Concil. Conf.: February 28, 2019 at 10:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)* *PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 28, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. ***A final plan conciliation conference will be held on Feb. 28, 2019 at 10:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*** If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 4 of Moon Township, Claim No. 21 of The IRS, Claim No. 5 of Moon township, Claim No. 12 of Quantum Group .

☑ H.   Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: March 4, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-21567-GLT
Bryan E. Zebroski                                                       Chapter 13
Melissa S. Zebroski
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas            Page 1 of 3           Date Rcvd: Mar 04, 2019
                            Form ID: 149          Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
```
db/jdb         +Bryan E. Zebroski,    Melissa S. Zebroski,    264 Burch Drive,    Moon Township, PA 15108-3153
14088496        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14038547        Aes/M&T Elt - Pheaa,    PO Box 61047,    Harrisburg, PA 17106-1047
14038548        American Express,    PO Box 3001,    Malvern, PA 19355-0701
14038549        Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
14051684        Aspen Dental,    5450 Campbells Run Rd,    Pittsburgh, PA 15205-1026
14096543       +Atlantic Credit & Finance Special Finance,    Unit, LLC Successor in interest to,
                 CITIBANK, N.A.,    c/o Weltman, Weinberg & Reis Co., LPA,    323 W. Lakeside Avenue,
                 Cleveland, OH 44113-1085
14051686        Bureaus Investment Group Portfolio,    1717 Central St,    Evanston, IL 60201-1507
14051688        Capital Beltway Express, LLC/,    PO Box 28148,    New York, NY 10087-8148
14051691       #Cawley & Bergman, LLP,    117 Kinderkamack Rd Ste 201,    River Edge, NJ 07661-1916
14051692        Chase,    c/o Derrick Rogers,    PO Box 469030,    Glendale, CO 80246-9030
14038552        Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14038553        Chase Mtg,    PO Box 24696,    Columbus, OH 43224-0696
14051693        CitiBank,    c/o Atlantic Credit & Finance Special Fi,    120 N Keyser Ave,
                 Scranton, PA 18504-9701
14051694        Citibank N.A.,    Citibank Customer Service,    PO Box 6500,    Sioux Falls, SD 57117-6500
14051695        Citibank, N.A.,    PO Box 6034,    Sioux Falls, SD 57117-6034
14051696        Delta Outsource Group,    PO Box 1210,    O'Fallon, MO 63366-9010
14337335        ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14051697        GC Services Limited Partnership,    PO Box 1545,    Houston, TX 77251-1545
14051698        Heritage Valley Health System,    Heritage Valley Sewickley,    PO Box 536366,
                 Pittsburgh, PA 15253-5905
14051699        Home Depot Credit Services,    PO Box 9101,    Des Moines, IA 50368-9101
14106279       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14038561        Jared/Sterling Jewelers,    PO Box 1799,    Akron, OH 44309-1799
14051700        KML Law Group, P.C.,    KML Law Group, PC,    701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
14051701        Law Enforcement Systems, LLC,    PO Box 3032,    Milwaukee, WI 53201-3032
14038562        Lescoll,    PO Box 2182,    Milwaukee, WI 53201-2182
14051702        MedCare Equipment Company, LLC,    PO Box 5029,    Greensburg, PA 15601-5058
14051703        MedExpress,    Medexpress Billing Attn #7964C,    PO Box 14000,    Belfast, ME 04915-4033
14051537       +Moon Area School District (Moon Township),    Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, pa 15642-7539
14051529       +Moon Township,    Keystone Collections Group,    c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,
                 Irwin, pa 15642-7539
14051704        Moon Township,    c/o Keystone Collections,    PO Box 499,    Irwin, PA 15642-0499
14051706       #Nationwide Credit, Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
14056004       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14038564        Patenaude & Felix, A.P.C.,    4545 Murphy Canyon Rd Fl 3,    San Diego, CA 92123-4363
14038565       #Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
14051708        Quest Diagnostics Venture, LLC,    PO Box 740717,    Cincinnati, OH 45274-0717
14051709        Quest Diagnostics Venure, LLC,    PO Box 740717,    Cincinnati, OH 45274-0717
14038568       +RBS Citizens, N.A.,    Attn: Bankruptcy Department,    443 Jefferson Blvd RJW-135,
                 Warwick, RI 02886-1321
14038569        Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
14053776       +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
14038571        Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
14038572        The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
14038573        The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St,    Evanston, IL 60201-1507
14051711        Transurban 495 Express Lanes,    PO Box 23530,    Alexandria, VA 22304-0531
14051714        UPMC Mercy,    PO Box 382059,    Pittsburgh, PA 15251-8059
14051713        Union Plus Credit Card,    PO Box 71104,    Charlotte, NC 28272-1104
14038574        Weltman, Weinberg & Reis Co. LPA,    436 7th Ave Ste 2500,    Pittsburgh, PA 15219-1842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 05 2019 02:54:27
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14093850        E-mail/PDF: rmscedi@recoverycorp.com Mar 05 2019 02:54:27
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14038550       +E-mail/Text: bankruptcy@cavps.com Mar 05 2019 02:46:44     Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr Ste 400,    Valhalla, NY 10595-2321
14051687        E-mail/Text: bankruptcy@cavps.com Mar 05 2019 02:46:44     Calvary SPV I, LLC,
                 500 Summit Lake Dr,    Valhalla, NY 10595-1340
14051689        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 05 2019 02:54:40
                 Capital One N.A. - Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
14051690        E-mail/Text: Banko@frontlineas.com Mar 05 2019 02:47:07     Capital One, N.A,
                 c/o Frontline Asset Strategies, LLC,    2700 Snelling Ave N Ste 250,
                 Roseville, MN 55113-1783
```

```
District/off: 0315-2          User: dbas              Page 2 of 3              Date Rcvd: Mar 04, 2019
                              Form ID: 149            Total Noticed: 80

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14038551      E-mail/Text: bankruptcy@cavps.com Mar 05 2019 02:46:44     Cavalry Portfolio Serv,
              PO Box 27288,    Tempe, AZ 85285-7288
14049458     +E-mail/Text: bankruptcy@cavps.com Mar 05 2019 02:46:44     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14038555      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 05 2019 02:46:13     Comenity Bank/Gndrmtmc,
              PO Box 182789,   Columbus, OH 43218-2789
14042227      E-mail/Text: mrdiscen@discover.com Mar 05 2019 02:46:00     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
14038556      E-mail/Text: mrdiscen@discover.com Mar 05 2019 02:46:00     Discover Fin Svcs LLC,
              PO Box 15316,   Wilmington, DE 19850-5316
14111887     +E-mail/Text: kburkley@bernsteinlaw.com Mar 05 2019 02:46:58     Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14051715      E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 02:54:21     GECRB/Lowes,
              Attention: Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
14051716      E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 02:54:54     Gecrb/Best Buy,   P.O. Box 981439,
              El Paso, TX 79998-1439
14038557      E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 02:54:21     Gecrb/Walmart,   Attn: Bankruptcy,
              PO Box 103104,   Roswell, GA 30076-9104
14051717      E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 02:54:21     Gecrb/sams Club,   Po Box 965005,
              Orlando, FL 32896-5005
14038558      E-mail/Text: bankruptcy@huntington.com Mar 05 2019 02:46:28     Huntington National Ba,
              PO Box 1558,    Columbus, OH 43216-1558
14038559      E-mail/Text: bankruptcy@huntington.com Mar 05 2019 02:46:28     Huntington Natl Bk,
              Huntington National Bank - Bankruptcy No,    PO Box 89424,   Cleveland, OH 44101-6424
14209104      E-mail/Text: cio.bncmail@irs.gov Mar 05 2019 02:46:07     Internal Revenue Service,
              PO Box 21126,   Philadelphia, PA 19114
14038560      E-mail/Text: BKRMailOPS@weltman.com Mar 05 2019 02:46:11     Jared-Galleria of Jwlr,
              375 Ghent Rd,   Fairlawn, OH 44333-4601
14038563      E-mail/Text: bankruptcydpt@mcmcg.com Mar 05 2019 02:46:29     Midland Funding,
              8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
14051705      E-mail/Text: nhc@nhchome.com Mar 05 2019 02:45:58     National Hospital Collections,
              16 Distributor Dr Ste 2,   Morgantown, WV 26501-7209
14038566      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 02:54:42
              Portfolio Recovery,   Attn: Bankruptcy,   PO Box 41067,   Norfolk, VA 23541-1067
14051707      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 02:54:58
              Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk, VA 23541-0914
14038567     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 02:54:58
              Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14053151      E-mail/Text: bnc-quantum@quantum3group.com Mar 05 2019 02:46:17
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14057323      E-mail/Text: bnc-quantum@quantum3group.com Mar 05 2019 02:46:17
              Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
              Kirkland, WA 98083-0788
14044269      E-mail/PDF: rmscedi@recoverycorp.com Mar 05 2019 02:54:59
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
14038570      E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 02:54:21     Syncb/Walmart DC,
              4125 Windward Plz,    Alpharetta, GA 30005-8738
14051710      E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 02:54:21     Synchrony Bank,   PO Box 105972,
              Atlanta, GA 30348-5972
14051681     +E-mail/Text: bncmail@w-legal.com Mar 05 2019 02:46:41     TD BANK USA, N.A.,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14038554      E-mail/Text: creditreconciliation@peoples.com Mar 05 2019 02:46:31     Citizens Bank,
              1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
14038575      E-mail/Text: BKRMailOps@weltman.com Mar 05 2019 02:46:40     Weltman, Weinberg & Reis, Co. LPA,
              PO Box 5430,   Cleveland, OH 44101-0430
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             JPMorgan Chase Bank, National Association
cr             The Huntington National Bank
cr*            ECMC,   P.O. Box 16408,   St. Paul, MN 55116-0408
14113543*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
14051685     ##Best Buy Credit Services,   PO Box 183195,   Columbus, OH 43218-3195
14051712     ##+Transworld Systems, Inc.,   5 Penn Ctr W Ste 1000,   Pittsburgh, PA 15276-0126
                                                                                 TOTALS: 3, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: dbas              Page 3 of 3              Date Rcvd: Mar 04, 2019
                               Form ID: 149            Total Noticed: 80
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:

      Alan R. Patterson, III    on behalf of Debtor Bryan E. Zebroski apattersonlaw@protonmail.com, andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com

      Alan R. Patterson, III    on behalf of Joint Debtor Melissa S. Zebroski apattersonlaw@protonmail.com, andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com

      Andrew F Gornall    on behalf of Creditor   JPMorgan Chase Bank, National Association andygornall@latouflawfirm.com

      David R Fine    on behalf of Creditor   JPMorgan Chase Bank, National Association david.fine@klgates.com

      James Warmbrodt    on behalf of Creditor   JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com

      James P. Valecko    on behalf of Creditor   The Huntington National Bank jvalecko@weltman.com, PitEcf@weltman.com

      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

      Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                                                                                                                                              TOTAL: 9