## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-21567-GLT |
| | ) | |
| Bryan E. Zebroski, | ) | Chapter: 13 |
| Melissa S. Zebroski, | ) | |
| aka Melissa Mustari | ) | |
| Debtors, | ) | |
| | ) | |
| JPMorgan Chase Bank, | ) | Related to Claim No. 16 |
| National Association | ) | |
| Movant, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Bryan E. Zebroski, | ) | |
| Melissa S. Zebroski, | ) | |
| aka Melissa Mustari | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## DECLARATION

The Debtors' existing Chapter 13 Plan is sufficient to pay Movant's post-petition mortgage payment of $911.14 a month commencing with the December 1, 2019 mortgage payment.

Dated: November 25, 2019          Gross & Patterson, LLC

By:/s/ Alan R. Patterson, III
Alan R. Patterson, III
Gross & Patterson, LLC
707 Grant Street, Suite 2340
Pittsburgh, PA 15219
(412) 281-2928
PA ID No. 79798
apattersonlaw@protonmail.com