IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 15-21567-GLT |
| | ) | |
| Bryan E. Zebroski, | ) | Chapter: 13 |
| Melissa S. Zebroski, | ) | |
| a.k.a Melissa S. Mustari, | ) | |
|     Debtors, | ) | Related to Claim No. 16 |
| | ) | |
| JPMorgan Chase Bank, National | ) | Related to Document No. 105 |
| Association | ) | |
|     Movant, | ) | Document No. |
| | ) | |
| vs. | ) | |
| | ) | |
| Bryan E. Zebroski, | ) | |
| Melissa S. Zebroski, | ) | |
| a.k.a Melissa S. Mustari | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|     Respondents. | ) | |

**CERTIFICATE OF SERVICE OF DECLARATION THAT PLAN IS SUFFICIENT**

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that, I served a copy of the Declaration that Plan is Sufficient (Doc 105) filed in this proceeding, on the respondents listed below, in the following manners:

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Recipients of Notice of Electronic Filing VIA ECF Only on November 25, 2019:**

ust Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
tr Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
Andrew F Gornall on behalf of Creditor JPMorgan Chase Bank, National Association
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
David R Fine on behalf of Creditor JPMorgan Chase Bank, National Association
david.fine@klgates.com
James Warmbrodt on behalf of Creditor JPMorgan Chase Bank, National Association
bkgroup@kmllawgroup.com

**Service by First Class Mail, Postage Prepaid on November 25, 2019:**

Esmeralda Munoz a/k/a Esmer Munoz, V.P.
JPMorgan Chase Bank, N.A.
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

JPMorgan Chase Bank, N.A.
3415 Vision Drive- OH4-7133
POB 182349
Columbus, OH 43219

|  |  |
|---|---|
| EXECUTED ON: <u>November 25, 2019</u> | Gross & Patterson, LLC<br>By: <u>/s/ Alan R. Patterson, III</u><br>Alan R. Patterson, III<br>Gross & Patterson, LLC<br>707 Grant Street, Suite 2340<br>Pittsburgh, PA 15219<br>(412) 281-2928<br>PA ID No. 79798<br>apattersonlaw@protonmail.com |