**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Bryan E. Zebroski |
| Debtor 2 (Spouse, if filing) | Melissa S. Zebroski |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (Pittsburgh) |
| Case number | 15-21567 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 16

**Date of payment change:**
Must be at least 21 days after date of this notice
03/01/2020

**New total payment:**
Principal, interest, and escrow, if any
$924.46

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 9 5

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $320.79     **New escrow payment:** $334.11

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   **Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

Official Form 410S1            **Notice of Mortgage Payment Change**            page 1

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Lamont R. Richardson
Signature

Date 01/10/2020

Print: Lamont R. Richardson
First Name   Middle Name   Last Name

Title: Vice President

Company: JPMorgan Chase Bank, N.A.

Address: Chase Records Center Attn: Correspondence Mail
Number   Street
700 Kansas Lane, Mail Code LA4-5555
Address 2
Monroe   LA   71203
City   State   ZIP Code

Contact phone 866-243-5851

Email: PCN_Escalations@chase.com

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania (Pittsburgh)

Chapter  13  No. 15-21567
Judge:  Judge Gregory L. Taddonio

In re:

Bryan E. Zebroski & Melissa S. Zebroski

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before January 14, 2020 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid

Bryan E. Zebroski
264 Burch Drive

Moon Township PA 15108

By U.S. Postal Service First Class Mail Postage Prepaid

Melissa S. Zebroski
264 Burch Drive

Moon Township PA 15108

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid

Alan R. Patterson, III
Attorney
707 Grant Street
Suite 2340
Pittsburgh PA 15219

By U.S. Postal Service First Class Mail Postage Prepaid

Alan R. Patterson, III
Attorney
707 Grant Street
Suite 2340
Pittsburgh PA 15219

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid

Ronda J. Winnecour
Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh PA 15219

/s/Lamont R. Richardson

Vice President

JPMorgan Chase Bank, N.A.

07677  Page 1 of 6

CHASE 

OH4-7399
3415 Vision Drive
Columbus, OH 43219

**Escrow account statement**

**Account number**
**Statement date** 12/02/2019
**Review period** 12/2018 to 02/2020

**Property address**
264 Burch Dr
Moon Township, PA  15108

BRYAN E ZEBROSKI
MELISSA S MUSTARI
264 BURCH DR
MOON TOWNSHIP, PA  15108-3153

**New monthly mortgage payment amount**
$924.46

**New payment effective date**
03/01/2020

## Your escrow shortage summary

Changes in monthly escrow balances are common and due to adjustments in your taxes or insurance. To help ensure you have enough funds in your escrow account to cover these important payments, we require a minimum balance of up to two months of escrow payments in your account.

- The lowest balance in your escrow account over the next 12 months is estimated to be **-$241.29** in August 2020.
- Minimum required balance means the minimum balance that must remain in your account at all times. Your minimum required balance is **$629.52.**
- The difference between your estimated low balance and your minimum required balance is the escrow shortage. However, if you are in Chapter 12 or 13, the amount of your escrow shortage may be impacted by a bankruptcy adjustment. A bankruptcy adjustment is an amount comprised of the escrow deficiency and projected escrow shortage. The escrow deficiency is that amount of taxes and insurance we paid on your behalf that remained unpaid as of the date you filed your bankruptcy case. The projected escrow shortage is the amount needed to fund escrow disbursements for the 12 months after you filed bankruptcy case. The escrow deficiency and projected escrow shortage are listed on the proof of claim filed in your bankruptcy case and will be collected through the bankruptcy plan. With the current bankruptcy adjustment of $0.00, you have an estimated post- petition shortage of **$870.81**.

Please note: repaying all of your shortage may still lead to a monthly payment increase from your current payment as we need to collect for future disbursements. The ability to repay some or all of the escrow shortage to reduce your payments is not available for accounts more than one post-petition payment past due.

## Monthly payment breakdown

| Monthly mortgage payment breakdown | Contractual payment amount | Current post-petition amount | New post-petition amount |
|---|---|---|---|
| **Principal & interest** | $590.35 | $590.35 | $590.35 |
| **Escrow account deposit** | $304.86 | $320.79 | $314.76 |
| **Shortage amount** | $15.93 | $0.00 | $19.35 |
| **Total payment amount** | **$911.14** | **$911.14** | **$924.46** |

**Important Message:** If you are currently in a bankruptcy case or you received a discharge in a bankruptcy case, then this escrow statement is for information only. The statement is designed to keep you informed on the status of your escrow account. It should not be interpreted or construed as a demand for payment or an attempt to collect, assess or recover all or part of a debt from you. If a Chapter 12 or 13 trustee is making your on-going post petition mortgage payments for you, then please give a copy of this statement to the trustee.

▼ Please detach and return the bottom portion of this statement with your payment, using the enclosed envelope. ▼

CHASE 

**BRYAN E ZEBROSKI**
**MELISSA S MUSTARI**
Account Number         
Statement Date                         12/02/2019
**Escrow Shortage**                    **$870.81**

CHASE
PO BOX 78420
PHOENIX AZ  85062-8420

**Optional escrow payment**

My escrow account has a shortage of $870.81. This amount will be automatically spread over 45 months. I don't need to make a payment now. However, while I understand that no payment is due now, I would like to take action on this shortage to reduce my monthly payments and have enclosed a check for:

☐ **Option 1:** $870.81, the total shortage amount. My monthly mortgage payment will be adjusted to $905.11 starting 03/01/20 once this shortage payment is processed.

☐ **Option 2:** $ _____, part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

**Please return this coupon with your check.** Make your check payable to Chase and please include your account number on your check.

## Annual escrow breakdown

| Escrow expense breakdown | What was estimated to be paid | Change | What we expect to pay* |
|---|---|---|---|
| Homeowner's insurance | $872.00 | ↑ | $886.00 |
| Property tax | $2,786.25 | ↑ | $2,891.20 |
| Mortgage insurance | $491.04 | ↓ | $0.00 |

*These estimates are typically based on what we paid last year.

## Resource for you



**Contact Us**
**Customer Service**    1-800-848-9136
Monday-Friday            8am - Midnight
Saturday                 8am - 8pm (ET)

## Your escrow account activity for the review period

The chart below shows what actually happened in your escrow account for the review period compared to what we estimated would happen.

| Month-Year | Activity | Estimated Activity | Actual Activity | Escrow Account Balance Original Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|---|
|  | Starting Balance |  |  | $1,524.23 | -$414.23 |
| Dec-18 | Deposit | $345.78 | $682.28 * |  |  |
|  | Withdrawal - FHA RISK BAS | $40.92 | $0.00 * | $1,829.09 | $268.05 |
| Dec-18 | Withdrawal - FHA RISK BAS |  | $40.92 * | $1,829.09 | $227.13 |
| Jan-19 | Deposit | $345.78 | $341.14 * |  |  |
|  | Withdrawal - FHA RISK BAS | $40.92 | $0.00 * | $2,133.95 | $568.27 |
| Jan-19 | Withdrawal - FHA RISK BAS |  | $40.92 * | $2,133.95 | $527.35 |
| Feb-19 | Deposit | $345.78 | $1,446.84 * |  |  |
|  | Withdrawal - FHA RISK BAS | $40.92 | $0.00 * | $2,438.81 | $1,974.19 |
| Feb-19 | Withdrawal - FHA RISK BAS |  | $40.92 * | $2,438.81 | $1,933.27 |
| Mar-19 | Deposit | $345.78 | $361.71 * |  |  |
|  | Withdrawal - FHA RISK BAS | $40.92 | $0.00 * | $2,743.67 | $2,294.98 |
| Mar-19 | Withdrawal - ALLEGHENY COUNTY | $417.19 | $417.19 | $2,326.48 | $1,877.79 |
| Mar-19 | Withdrawal - FHA RISK BAS |  | $40.92 * | $2,326.48 | $1,836.87 |
| Apr-19 | Deposit | $345.78 | $361.71 * |  |  |
|  | Withdrawal - FHA RISK BAS | $40.92 | $0.00 * | $2,631.34 | $2,198.58 |
| Apr-19 | Withdrawal - FHA RISK BAS |  | $40.92 * | $2,631.34 | $2,157.66 |
| May-19 | Deposit | $345.78 | $361.71 * |  |  |
|  | Withdrawal - FHA RISK BAS | $40.92 | $0.00 * | $2,936.20 | $2,519.37 |
| May-19 | Withdrawal - MOON TOWNSHIP | $259.72 | $259.72 | $2,676.48 | $2,259.65 |
| May-19 | Withdrawal - FHA RISK BAS |  | $40.92 * | $2,676.48 | $2,218.73 |
| Jun-19 | Deposit | $345.78 | $361.71 * |  |  |
|  | Withdrawal - FHA RISK BAS | $40.92 | $0.00 * | $2,981.34 | $2,580.44 |
| Jun-19 | Withdrawal - FHA RISK BAS |  | $40.92 * | $2,981.34 | $2,539.52 |
| Jul-19 | Deposit | $345.78 | $361.71 * |  |  |
|  | Withdrawal - FHA RISK BAS | $40.92 | $0.00 * | $3,286.20 | $2,901.23 |
| Jul-19 | Withdrawal - DONEGAL INSURANCE GROUP | $872.00 | $886.00 * | $2,414.20 | $2,015.23 |
| Jul-19 | Withdrawal - FHA RISK BAS |  | $40.92 * | $2,414.20 | $1,974.31 |
| Aug-19 | Deposit | $345.78 | $361.71 * |  |  |
|  | Withdrawal - FHA RISK BAS | $40.92 | $40.92 | $2,719.06 | $2,295.10 |
| Aug-19 | Withdrawal - MOON TOWNSHIP S.D./MOON | $2,109.34 | $2,214.29 * | $609.72 | $80.81 |
| Sep-19 | Deposit | $345.78 | $361.71 * |  |  |
|  | Withdrawal - FHA RISK BAS | $40.92 | $0.00 * | $914.58 | $442.52 |
| Sep-19 | Withdrawal - FHA RISK BAS |  | $39.75 * | $914.58 | $402.77 |

**(Continued)**

## Your escrow account activity for the review period continued

| Month-Year | Activity | Estimated Activity | Actual Activity | Escrow Account Balance Original Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|---|
| Oct-19 | Deposit | $345.78 | $361.71 * | | |
|  | Withdrawal - FHA RISK BAS | $40.92 | $0.00 * | $1,219.44 | $764.48 |
| Oct-19 | Withdrawal - FHA RISK BAS |  | $39.75 * | $1,219.44 | $724.73 |
| Nov-19 | Deposit | $345.78 | $320.79 * | | |
|  | Withdrawal - FHA RISK BAS | $40.92 | $39.75 * | $1,524.30 | $1,005.77 |
| Jan-20 | Deposit |  | $320.79 E | $1,524.30 | $1,326.56 |
| Feb-20 | Deposit |  | $320.79 E | $1,524.30 | $1,647.35 |
|  |  | Estimated Activity | Actual Activity | Original Estimated Balance | ACTUAL Balance |
|  | Total Deposits | $4,149.36 | $6,326.31 | | |
|  | Total Withdrawals | $4,149.29 | $4,264.73 | | |
|  | Account Balance as of Feb-20 |  |  |  | $1,647.35 |

*An "E" in the chart above means estimated post petition activity that hasn't occurred yet. Please note that any month impacted by an "E" (estimated) deposit, is showing an actual balance that assumes those estimated deposits have been received.*

Note: changes in property taxes and/or insurance payments create the difference between the estimated and actual amounts in the chart. The reason(s) why the minimum required balance was not reached may be explained by the items with asterisks, which show the differences between the actual and estimated amounts.

## Your estimated escrow account activity over the next 12 months

Your minimum required balance is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law; it may include up to two months of escrow payments to cover increases in your taxes and/or homeowners insurance. **The chart below is highlighted to show your estimated low balance over the next 12 months.** Your estimated low balance of -$241.29 minus your minimum required balance of $629.52 equals **-$870.81**.

**What this means to you** - With a bankruptcy adjustment of $0.00, your balance is estimated to be less than the amount needed. The resulting shortage is **$870.81**.

| Month-Year | Activity | Estimated Activity | Escrow Account Balance Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|
|  | Starting Balance |  |  | $1,647.35 |
| Mar-20 | Deposit | $314.76 | | |
|  | Withdrawal - Allegheny County | $417.19 | $1,544.92 | |
| Apr-20 | Deposit | $314.76 | $1,859.68 | |
| May-20 | Deposit | $314.76 | | |
|  | Withdrawal - Moon Township | $259.72 | $1,914.72 | |
| Jun-20 | Deposit | $314.76 | $2,229.48 | |
| Jul-20 | Deposit | $314.76 | | |
|  | Withdrawal - Donegal Insurance Group | $886.00 | $1,658.24 | |
| Aug-20 | Deposit | $314.76 | | |
|  | Withdrawal - Moon Township S.D./Moon | $2,214.29 | -$241.29 | |
| Sep-20 | Deposit | $314.76 | $73.47 | |
| Oct-20 | Deposit | $314.76 | $388.23 | |
| Nov-20 | Deposit | $314.76 | $702.99 | |
| Dec-20 | Deposit | $314.76 | $1,017.75 | |
| Jan-21 | Deposit | $314.76 | $1,332.51 | |
| Feb-21 | Deposit | $314.76 | $1,647.27 | |
|  |  | Estimated Activity | Original Estimated Balance | ACTUAL Balance |
|  | Total Estimated Deposits | $3,777.12 | | |
|  | Total Estimated Withdrawals | $3,777.20 | | |
|  | Estimated Account Balance as of Feb-21 |  | $1,647.27 | |

**This Page Intentionally Left Blank**



# How to read your

## Escrow Account Statement



**New monthly mortgage payment amount**
Shows your current payment and your new amount

**Annual escrow breakdown**
Displays your annual escrow expenses with original estimated payment compared to current estimated payments. Most shortages occur because taxes and/or insurance payments were higher than what was estimated.

**Monthly payment breakdown**
Breaks down your monthly payment to show mortgage principal & interest, escrow, shortage amount, and your current vs. new monthly payment amounts.

**Your escrow shortage summary**
Outlines your shortage payment options

**Optional escrow payment coupon**
If your shortage is greater than $25, use this coupon if you want to mail a full or partial payment of your escrow shortage. You can also pay your shortage at www.chase.com

**Your escrow account activity for the review period**
Shows estimated activity in your account in the review period, with the actual activity in your account. Shortages can occur if the actual taxes and/or insurance payments are higher than estimated.

**Your estimated escrow account activity over the next 12 months**
Based on actual activity in the prior review period, this section projects activity for the next 12 months.
The highlighting shows your estimated low balance. Your shortage amount is the difference between this low balance and your minimum required balance.

## Frequently asked questions

**Why am I getting an Escrow Analysis?**
We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we estimate to pay next year.

**What is a minimum required balance?**
For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

**Why does my account have a shortage?**
We calculate your monthly escrow payment for the year based on your tax and/or insurance payment amounts at the time your analysis is run. Shortages most frequently occur when your taxes and/or insurance increase during the year. We pay the higher amount due for you. This can create a shortage because we're paying out more then we estimated.

**What do I need to do about this shortage?**
**You don't have to do anything and we will automatically spread the shortage payment evenly across next year's mortgage escrow payments.**
- You have options
    - You can pay all of the shortage now.
    - You can pay part of the shortage now.

- Please note that your escrow payment may still go up, even if you pay all of the shortage, if your tax and/or insurance expenses have gone up.

**Where can I get more information?**
- For answers to more questions and to watch our informational video, visit **www.chase.com/Escrow**
- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **www.chase.com/Alerts**


©2015 JPMorgan Chase & Co.

58699-ESH-0215