IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21567-GLT |
| | ) | |
| Bryan E. Zebroski and | ) | Chapter No. 13 |
| Melissa S. Zebroski a.k.a | ) | |
| Melissa S. Mustari, | ) | |
| | ) | |
| Debtors, | ) | Related to Document No. 108 |
| | ) | |
| Gross & Patterson, LLC, | ) | Hearing Date and Time: March 11, 2020 at 9:00 AM |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES
IN CHAPTERS 7, 12 AND 13 ON BEHALF OF GROSS & PATTERSON, LLC**

To All Creditors and Parties in Interest:

1.   Applicant represents Bryan E. Zebroski and Melissa S. Zebroski a.k.a Melissa Mustari
2.   This is (check one)
     __X__ a final application
     _____ an interim application
     for the period June 27, 2016 through March 19, 2019
3.   Previous retainer paid to Applicant: $1,636.00
4.   Previous interim compensation allowed to Applicant: $2,364.00
5.   Applicant requests additional:
     Compensation of $2,400.00
     Reimbursement of Expenses $0.00
6.   A hearing on the Application will be held in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at 9:00  a.m., on Wednesday March 11, 2020.

7. Any written objections must be filed with the court and served on the Applicant on or before March 2, 2020, (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of service: February 13, 2020

Respectfully submitted,
Gross & Patterson, LLC
By: /s/ Alan R. Patterson, III
Alan R. Patterson, III, Esq.
PA ID No. 79798
apattersonlaw@gmail.com
Gross & Patterson, LLC
428 Forbes Avenue, Suite 103
Pittsburgh, PA 15219
(412) 281-2928

(Note: 1. Scheduling dates in this Notice shall comply with Local Rules. 2. The full application need be served only upon Debtor, counsel for Debtor, the U.S. Trustee, and the trustee and counsel for the trustee. 3. Applicant shall serve this Notice on all creditors and parties in interest including any person who has filed a request for notices. A certificate of service shall be filed with this Notice and the application.)

**PAWB Local Form 8  (07/13)**