# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| BRYAN E. ZEBROSKI | Case No. 15-21567GLT |
| MELISSA S. ZEBROSKI | |
|       Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
|       Movant | Document No __ |
|     vs. | |
| BUREAUS INVESTMENT GROUP | |
| PORTFOLIO NO 15 LLC++ | |
|       Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S MAILING ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.  NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

BUREAUS INVESTMENT GROUP  
PORTFOLIO NO 15 LLC++  
C/O RECOVERY MGMNT SYST CORP  
25 SE 2ND AVE STE 1120  
MIAMI, FL 33131-1605

Court claim# 14/Trustee CID# 14

The Movant further certifies that on 02/27/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
    original creditor  
    putative creditor  
    counsel for debtor(s)  
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>BRYAN E. ZEBROSKI, MELISSA S. ZEBROSKI, 264 BURCH ROAD, MOON TOWNSHIP, PA  15108 | DEBTOR'S COUNSEL:<br>ALAN R PATTERSON ESQ III, GROSS & PATTERSON LLC, 707 GRANT ST - STE 2340, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++, C/O RECOVERY MGMNT SYST CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL 33131-1605 | :<br>PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513 |
| NEW CREDITOR: | |