**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/27/2020

IN RE:

BRYAN E. ZEBROSKI
MELISSA S. ZEBROSKI
264 BURCH ROAD
MOON TOWNSHIP, PA 15108
XXX-XX-3082         Debtor(s)

XXX-XX-2940

Case No.15-21567 GLT

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/27/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 498.35<br>COMMENT: 2001/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2940 |
| **CAVALRY SPV I LLC - ASSIGNEE(\*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC\*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 3,419.32<br>COMMENT: 7077~NO$/SCH\*SYNCHRONY BANK~LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9894 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 0.00<br>COMMENT: PMT/DECL\*DKT4PMT-LMT\*BGN 5/15\*dk! | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1495 |
| **SANTANDER CONSUMER USA\*\***<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 6,993.73<br>COMMENT: Totalled\*CL=$14,645.79\*14469@19.26%MDF/PL\*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1891 |
| **MOON TOWNSHIP (EIT)**<br>C/O JORDAN TAX SVC-CLLCTR - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 578.72<br>COMMENT: 3082;10,11\*CL4GOV\*1809.21@0%TTL@PRI/SCH-PL\*CL=UNS\*W/42 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3082 |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 9,605.46<br>COMMENT: 0010/SCH\*FR PHEAA-DOC 53 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2940 |
| **AMERICAN EXPRESS CENTURION BNK**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,791.57<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1008 |
| **AMERICAN EXPRESS**<br>P.O. BOX 7804<br>FT. LAUDERDALE, FL 33329 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7003 |
| **ASPEN DENTAL**<br>POB 3189<br>SYRACUSE, NY 13220-3189 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3454 |
| **BEST BUY++**<br>POB 17298<br>BALTIMORE, MD 21297 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4966 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6044 |
| **CAPITAL BELTWAY EXPRESS LLC**<br>PO BOX 28148<br>NEW YORK, NY  10087-8148 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  TOLL FEE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3768 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9722 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  3,621.21<br>COMMENT:  NTC-RSV | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0342 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8176 |
| **ATLANTIC CREDIT & FINANCE INC**<br>C/O WELTMAN WEINBERG & REIS<br>POB 6597<br>CLEVELAND, OH  44101 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  7,070.36<br>COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5523 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br>URBANDALE, IA  50323 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2885 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  5,490.50<br>COMMENT:  CITIBK/THD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3871 |
| **CITIZENS BANK(*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI  02915 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7748 |
| **RBS CITIZENS NA(*)**<br>1 CITIZENS DRIVE<br>MAILSTOP ROP15B<br>RIVERSIDE, RI  02915 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  1,701.34<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3388 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **RBS CITIZENS NA(*)**<br>1 CITIZENS DRIVE<br>MAILSTOP ROP15B<br>RIVERSIDE, RI  02915 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,560.36<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3021 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 554.12<br>COMMENT: GANDER MTN MC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5457 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,335.90<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8457 |
| **GECC/SAMS CLUB++**<br>POB 103104<br>ROSWELL, GA  30076 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **HERITAGE VALLEY HEALTH SYSTEM++**<br>2 PEACHTREE WY<br>BEAVER, PA  15009-1954 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6075 |
| **GE CAPITAL/HOME DEPOT++**<br>POB 103104<br>ROSWELL, GA  30076 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 1-2<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*UNS/SCH*AMD CL=0*W/46 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3878 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 28  INT %: 9.00%<br>Court Claim Number: 12<br>CLAIM: 518.48<br>COMMENT: CL12GOV@9%*UNS/SCH-PL*JARED | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8432 |
| **MEDCARE EQUIPMENT CO++**<br>443 W PITTSBURGH ST<br>GREENSBURG, PA  15601 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3752 |
| **MEDEXPRESS**<br>325 MCCLELLANDTOWN RD<br>UNIONTOWN, PA  15401-5096 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3908 |

CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **QUEST DIAGNOSTICS INC**<br>875 GREENTREE RD<br>4 PARKWAY CTR<br>PITTSBURGH, PA  15220 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5104 |
| **QUEST DIAGNOSTICS INC**<br>875 GREENTREE RD<br>4 PARKWAY CTR<br>PITTSBURGH, PA  15220 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2501 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 3,951.85<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8864 |
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL  33131-1605 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7077 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 853.26<br>COMMENT: SYNCHRONY/SAMS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8078 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 2,074.16<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2547 |
| **TRANSURBAN 495 EXPRESS LANES**<br>PO BOX 23530<br>ALEXANDRIA, VA  22304-0531 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2616 |
| **UNION PLUS CREDIT CARD++**<br>POB 88000<br>BALTIMORE, MD  21288 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0342 |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA  17032 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MERCY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4356 |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA  17032 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MERCY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4356 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MERCY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5047 |
| **MOON TOWNSHIP (EIT)**<br>C/O JORDAN TAX SVC-CLLCTR - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 325.90<br>COMMENT: 3082;10,11*NON%*CL4GOV*1809.21@0%TTL@PRI/SCH-PL*CL=UNS*W/5 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3082 |
| **MOON ASD & MOON TOWNSHIP (EIT)**<br>C/O JORDAN TAX SVC - DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 578.71<br>COMMENT: 3082;10,11*CL5GOV*NT/SCH*W/44*SD ONLY@UNS/CL*PRI/PL@TWP ONLY | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3082 |
| **MOON ASD & MOON TOWNSHIP (EIT)**<br>C/O JORDAN TAX SVC - DLNQ CLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 325.90<br>COMMENT: 3082;10,11*NON%*CL5GOV*NT/SCH*W/43*SD ONLY@UNS/CL*PRI/PL@TWP ONLY | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3082 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 6,742.83<br>COMMENT: $CL-PL*PL@CHASE MTG*THRU 4/15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1495 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:1-2<br>CLAIM: 1,423.86<br>COMMENT: DFNCY BAL*AMD*W/27 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3878 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 3,580.08<br>COMMENT: CL21GOV*$CL-PL*NT/SCH*LATE | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3082 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 716.02<br>COMMENT: NT/SCH | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 3082 |