IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21567-GLT |
| | ) | |
| Bryan E. Zebroski and | ) | Chapter No. 13 |
| Melissa S. Zebroski a.k.a | ) | |
| Melissa S. Mustari, | ) | Doc No. |
| | ) | |
| Debtors, | ) | |
| | ) | |
| Gross & Patterson, LLC, | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**CERTIFICATION OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Application of Gross & Patterson, LLC for Final Compensation as Counsel for the Debtors* (Dkt No. 108) and *Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapters 7, 12 and 13 on Behalf of Gross & Patterson,, LLC* (Dkt. No. 109) has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Application of Gross & Patterson, LLC for Final Compensation as Counsel for the Debtors* (Dkt No. 108) and *Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapters 7, 12 and 13 on Behalf of Gross & Patterson,, LLC* (Dkt. No. 109) appears thereon. Responses were to be filed and served no later than March 2, 2020.

It is hereby respectfully requested that the Order attached to Document 108 be entered by the Court.

Dated: March 4, 2020                              By: /s/ Alan R. Patterson III

                                                                                                      Alan R. Patterson III
                                                                                                      Gross & Patterson, LLC
                                                                                                      707 Grant Street, Suite 2340
                                                                                                      Pittsburgh, PA 15219
                                                                                                      PA ID No. 79798
                                                                                                      (412) 281-2928
                                                                                                      apattersonlaw@protonmail.com

**PAWB Local Form 25 (07/13)**