FILED
3/4/20 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21567-GLT |
| | ) | |
| Bryan E. Zebroski and | ) | Chapter No. 13 |
| Melissa S. Zebroski a.k.a | ) | |
| Melissa S. Mustari, | ) | Related to Docket No. 108 |
| | ) | |
| Debtors, | ) | |
| | ) | |
| Gross & Patterson, LLC, | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

ORDER

AND NOW, this  4th Day of March  , 2020, upon consideration of Application for Fees and Expenses on Behalf of Gross & Patterson, LLC, it IS HEREBY ORDERED, ADJUDGED, and DECREED that the fees in the amount of $2,400.00 for the period of June 27, 2016 to March 19, 2019 for Gross & Patterson, LLC are approved. The additional $2,400.00 shall be paid by the Trustee from funds being held on behalf of Debtors.

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

ENTERED BY DEFAULT

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bryan E. Zebroski  
Melissa S. Zebroski  
    Debtors

Case No. 15-21567-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 1    Date Rcvd: Mar 04, 2020  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.  
db/jdb       +Bryan E. Zebroski,   Melissa S. Zebroski,   264 Burch Drive,   Moon Township, PA 15108-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:

         Alan R. Patterson, III   on behalf of Debtor Bryan E. Zebroski apattersonlaw@protonmail.com,  
          andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com  
         Alan R. Patterson, III   on behalf of Joint Debtor Melissa S. Zebroski apattersonlaw@protonmail.com,  
          andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com  
         Andrew F Gornall   on behalf of Creditor   JPMorgan Chase Bank, National Association andygornall@latouflawfirm.com  
         David R Fine   on behalf of Creditor   JPMorgan Chase Bank, National Association david.fine@klgates.com  
         James Warmbrodt   on behalf of Creditor   JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com  
         James P. Valecko   on behalf of Creditor   The Huntington National Bank jvalecko@weltman.com, PitEcf@weltman.com  
         Kevin Scott Frankel   on behalf of Creditor   JPMorgan Chase Bank, National Association pabk@logs.com  
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

                                                                                     TOTAL: 10