IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21567-GLT |
| | ) | |
| Bryan E. Zebroski and | ) | Chapter No. 13 |
| Melissa S. Zebroski a.k.a | ) | |
| Melissa S. Mustari, | ) | Doc No. |
|    Debtors, | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| Bryan E. Zebroski and | ) | |
| Melissa S. Zebroski a.k.a | ) | |
| Melissa S. Mustari, | ) | |
|    Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondent. | ) | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 18, 2020 at docket number 111, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>April 15, 2020</u>　　　　　　　　　　　　By:<u>/s/ Alan R. Patterson III</u>
　　　　　　　　　　　　　　　　　　　　　　　　　Alan R. Patterson III
　　　　　　　　　　　　　　　　　　　　　　　　　PA ID 79798
　　　　　　　　　　　　　　　　　　　　　　　　　Gross & Patterson, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　707 Grant Street, Suite 2340
　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　　　apattersonlaw@protonmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　412-281-2928