**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/15/20 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  BRYAN E. ZEBROSKI<br>MELISSA S. ZEBROSKI<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  BRYAN E. ZEBROSKI<br>MELISSA S. ZEBROSKI<br><br>        Respondents | Case No. 15-21567GLT<br><br>Chapter 13<br><br>Document No. 118 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 15th Day of April, it is hereby ORDERED, ADJUDGED, and DECREED that,

Insight Construction
Attn: Payroll Manager
1500 Ellsworth Ave Ste 200
Carnegie, PA 15106

is hereby ordered to immediately terminate the attachment of the wages of BRYAN E. ZEBROSKI, social security number XXX-XX-3082. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BRYAN E. ZEBROSKI.

FURTHER ORDERED:

BY THE COURT:

_____
**drb**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 15-21567-GLT
Bryan E. Zebroski                                                   Chapter 13
Melissa S. Zebroski
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut              Page 1 of 1            Date Rcvd: Apr 15, 2020
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
db/jdb         +Bryan E. Zebroski,   Melissa S. Zebroski,   264 Burch Drive,   Moon Township, PA 15108-3153

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:
```
              Alan R. Patterson, III    on behalf of Debtor Bryan E. Zebroski apattersonlaw@protonmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Alan R. Patterson, III    on behalf of Joint Debtor Melissa S. Zebroski
               apattersonlaw@protonmail.com,
               andrewmgross@aol.com;grossandpatterson@gmail.com;G2433@notify.cincompass.com
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              David R Fine    on behalf of Creditor    JPMorgan Chase Bank, National Association
               david.fine@klgates.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    The Huntington National Bank jvalecko@weltman.com,
               PitEcf@weltman.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```