SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**   1.  *Intake Clerk* *

           2.  *Case Administrator*

**FROM:**   *Financial Administrator*

**DATE:**   5/7/2020

**CASE NAME:**   Zebroski

**CASE NUMBER:**   15-21567-GLT

**Check Number**  1156175  in the amount of $  307.64  was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:**   16902          **Intake Clerk's Initials**   AA

*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD</u> <u>TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**

05/05/2020

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 |

Re: BRYAN E. ZEBROSKI
MELISSA S. ZEBROSKI
Case No: 15-21567GLT

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Bureaus Investment Group Portfolio No 15 Llc++
C/O Recovery Mgmnt Syst Corp
25 Se 2Nd Ave Ste 1120
Miami, FL 33131-1605

CHECK NUMBER 1156175      AMOUNT $307.64

The disbursement(s) was returned to the Trustee for the following reason:

BAD ADDRESS

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Susan Legler
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: ALAN R PATTERSON ESQ III
BRYAN E. ZEBROSKI
MELISSA S. ZEBROSKI
Bureaus Investment Group Portfolio No 15 Llc++